UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NACHE AFRIKA

                              Petitioner,

        v.                                  ORDER
                                             02-CV-458

VICTOR HERBERT, Superintendent,
Attica Correctional Facility,

                              Respondent.
_____

This case was referred to Magistrate Judge Victor E. Bianchini pursuant to 28 U.S.C. § 636(b)(1), on November 15, 2006.  On June 25, 2002, petitioner filed a petition for writ of habeas corpus.  On April 12, 2007, Magistrate Judge Bianchini filed a Report and Recommendation, recommending that the petition be denied.

Petitioner filed objections to the Report and Recommendation on June 19, 2007.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument

1

from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Bianchini's Report and Recommendation, petitioner's petition for a writ of habeas corpus is denied.

The Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right and therefore denies a certificate of appealability. 28 U.S.C. § 2253(c)(2).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith, and therefore denies leave to appeal *in forma pauperis*. Further requests to proceed on appeal *in forma pauperis* must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: August 10, 2007